No. 1085, Misc. ESTEBAN *v.* CHAPPELL, CHAIRMAN, U. S. BOARD OF PAROLE. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 1125, Misc. LINGO *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1127, Misc. JUAREZ *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1129, Misc. MESSAMORE *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1131, Misc. FERRELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *M. Gabriel Nahas, Jr.,* for petitioner.

No. 1133, Misc. JACKSON *v.* CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1134, Misc. JONES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1135, Misc. HOLMES *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1137, Misc. THOMAS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1149, Misc. MILLER *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.